EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Major Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:      541-2850
Facsimile:      541-2958
E-mail:         wes.porter@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**LODGED**    JUN 02 2005

JUN 01 2005 *2pm* at 8 o'clock and 35 min. A

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

WALTER A. Y. H. CHINN, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA,      )    CR. NO. 04-00285 SOM
                               )
            Plaintiff,         )
                               )    ORDER FOR DISMISSAL
        vs.                    )
                               )
DUSTIN R. SPENCER,             )
  aka DUSTIN I. SPENCER,       )
                               )
                               )
            Defendant.         )
_____)


                    ORDER FOR DISMISSAL


        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment against Defendant DUSTIN R. SPENCER aka Dustin I.

Spencer on the grounds that defendant pleaded guilty, and was

sentenced upon a Criminal Information filed under Criminal No. 05-00002 SOM.  The Criminal Information encompassed the same criminal conduct as the Indictment dismissed herein.

The defendant is not in custody on the dismissed charges listed above.

DATED:  Honolulu, Hawaii, _____*June 1, 2005*_____.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By_____
WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

United States v. Dustin R. Spencer
Cr. No. 04-00285 SOM
Order for Dismissal

copies:   United States Marshal
          ATF&E
          Donna Gray, Attorney for Defendant

2